THOMAS E. FRANKOVICH (State Bar #074414)
JULIA M. ADAMS (State Bar #230795)
THOMAS E. FRANKOVICH
*A PROFESSIONAL LAW CORPORATION*
2806 Van Ness Avenue
San Francisco, CA   94109
Telephone:    415/674-8600
Facsimile:     415/674-9900

Attorneys for Plaintiffs
JAREK MOLSKI
and DISABILITY RIGHTS
ENFORCEMENT, EDUCATION
SERVICES: HELPING YOU
HELP OTHERS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

*E-FILED - 10/6/05*

| | |
|---|---|
| JAREK MOLSKI, an individual; and DISABILITY RIGHTS ENFORCEMENT, EDUCATION SERVICES:HELPING YOU HELP OTHERS, a California public benefit corporation,<br><br>       Plaintiffs,<br><br>v.<br><br>TINY'S RESTAURANT, INC., a California corporation; TINY'S RESTAURANT, LLC., a California limited liability company; and GEORGE OW, JR., DAVID L. OW and TERRY L. OW, as trustees of the OW CHILDREN'S TRUST, dated December 23, 1993,<br><br>       Defendants. | **CASE NO. C04-02416 RMW**<br><br>**STIPULATION OF DISMISSAL AND ORDER THEREON** |

      Plaintiffs JAREK MOLSKI and DISABILITY RIGHTS ENFORCEMENT,

EDUCATION SERVICES, by and through their counsel, and defendant TINY'S

RESTAURANT, INC., a California corporation; TINY'S RESTAURANT, LLC., a California

limited liability company; and GEORGE OW, JR., DAVID L. OW and TERRY L. OW, as

trustees of the OW CHILDREN'S TRUST, dated December 23, 1993, by and through their

counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to

Fed.R.Civ.P.41(a)(1).  Outside of the terms of the Settlement Agreement and General Release

("Agreement") herein, each party is to bear its own costs and attorneys' fees.  The parties further

consent to and request that the Court retain jurisdiction over enforcement of the Agreement.  *See*

Kokonen v. Guardian Life Ins. Co., 511 U.S. 375 (1994) (empowering the district courts to retain

jurisdiction over enforcement of settlement agreements).

Therefore, IT IS HEREBY STIPULATED by and between parties to this action through

their designated counsel that the above-captioned action be and hereby is dismissed with

prejudice pursuant to Federal Rules of Civil Procedure section 41(a)(1).

This stipulation may be executed in counterparts, all of which together shall constitute

one original document.

Dated: August 19, 2005                        THOMAS E. FRANKOVICH
                                              *A PROFESSIONAL LAW CORPORATION*


                                              By: _____/s/_____
                                                    Julia M. Adams
                                              Attorneys for JAREK MOLSKI and
                                              DISABILITY RIGHTS ENFORCEMENT,
                                              EDUCATION SERVICES:HELPING YOU HELP
                                              OTHERS


Dated: August 16, 2005                        BASKIN & GRANT, LLP


                                              By: _____/s/_____
                                                    Caleb S. Baskin
                                              Attorneys for Defendants GEORGE OW, JR.,
                                              DAVID L. OW and TERRY L. OW, as trustees of
                                              the OW CHILDREN'S TRUST, dated December
                                              23, 1993

///

///

///

///

///

///

STIPULATION OF DISMISSAL AND ORDER THEREON                                    -2-

1    Dated: August 16, 2005                HARRINGTON, FOXX, DUBROW & CANTER,
2                                          LLP
3
4                                          By: _____/s/_____
                                               Henry A. Wirta, Jr.
5                                          Attorneys for Defendants TINY'S
                                           RESTAURANTS, INC., and TINY'S
6                                          RESTAURANTS, LLC.

7                                          **ORDER**

      IT IS SO ORDERED.
8
9
      Dated: ___October 6_____, 2005        _/s/ Ronald M. Whyte_____
10    _____       Ronald M. Whyte
11                                          United States District Judge
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28